UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

RICHARD JOHN ADAMS,

    Petitioner

**V.**    Case No. 05-3114-Cv-S-DW-p

STATE OF MISSOURI, et al,

    Respondents

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: this case is dismissed, without prejudice, pursuant to 28 USC 2254(b)(c). (DW)(dw)

Entered on: 5/12/05

    P.L. BRUNE
    CLERK OF COURT

    D.M. WEINZERL
    (By) Deputy Clerk